# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

TIMOTHY ERIK SCHULTZ

Chapter 11, Subchapter V
Case No. 21-42426-mlo

Hon. Maria L. Oxholm

Debtor.
_____/

## BALLOT SUMMARY REPORT WITH RESPECT TO DEBTOR'S CHAPTER 11, SUBCHAPTER V PLAN OF REORGANIZATION

NOW COMES Debtor, Timothy Erik Schultz, through his attorneys MAXWELL DUNN, PLC by Kimberly Ross Clayson, and states:

1. On June 21, 2021, the Debtor's Combined Plan and Disclosure Statement was filed.

2. Pursuant to the court's Order Granting Preliminary Approval of the Debtor's Plan of Reorganization, all ballots and objections to confirmation of the Plan were due by July 26, 2021.

3. Counsel for debtor received no ballots approving or rejecting the plan.

WHEREFORE, the Debtor respectfully submits this ballot summary as required by this Court's Order.

Respectfully submitted,

Dated: September 7, 2021

*/s/Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
Maxwell Dunn, PLC
Attorney for the Debtor in Possession
24725 W. 12 Mile Road, Ste. 306
Southfield, MI 48034
(248) 246-1166
bankruptcy@maxwelldunnlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

    TIMOTHY ERIK SCHULTZ

Chapter 11, Subchapter V
Case No. 21-42426-mlo

Hon. Maria L. Oxholm

    Debtor.
_____/

## **CERTIFICATE OF SERVICE**

On the date below, the undersigned served copies of the Ballot Summary Report and Certificate of Service electronically via the Court's ECF system upon all parties receiving notice of electronic filings in this case.

Dated: September 7, 2021

    */s/Kimberly Ross Clayson*
    Kimberly Ross Clayson (P69804)
    Maxwell Dunn, PLC
    Attorney for the Debtor in Possession
    24725 W. 12 Mile Road, Ste. 306
    Southfield, MI 48034
    (248) 246-1166
    bankruptcy@maxwelldunnlaw.com