UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

TIMOTHY ERIK SCHULTZ,

Chapter 11, Subchapter V
Case No. 21-42426-mlo

Hon. Maria L. Oxholm

Debtor.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

Maxwell Dunn, PLC and Red House Law, PLC hereby stipulate to substitution of Debtor's counsel as follows:

Change:

**MAXWELL DUNN, PLC**
Ethan D. Dunn (P69665)
24725 W. 12 Mile, Ste. 306
Southfield, MI 48034
248.246.1166
edunn@maxwelldunnlaw.com
bankruptcy@maxwelldunnlaw.com
bankruptcy.maxwelldunn@gmail.com
bankruptcy.mdplc@gmail.com

To:

**RED HOUSE LAW, PLC**
Kimberly Ross Clayson (P69804)
1420 Washington Blvd., Suite 301
Detroit, MI 48226
(313) 306-7745
kim@redhouselaw.com

Respectfully submitted,

| | |
|---|---|
| **MAXWELL DUNN, PLC** | **RED HOUSE LAW, PLC** |
| */s/ Ethan D. Dunn* | */s/ Kimberly Ross Clayson* |
| Ethan D. Dunn (P69665) | Kimberly Ross Clayson (P69804) |
| 24725 W. 12 Mile, Ste. 306 | 1420 Washington Blvd., Suite 301 |
| Southfield, MI 48034 | Detroit, MI 48226 |
| (248) 246-1166 | (313) 306-7745 |
| bankruptcy@maxwelldunnlaw.com | kim@redhouselaw.com |

Approved:

*/s/Timothy Erik Schultz*
Timothy Erik Schultz

Dated: September 23, 2021